ABRAHAM SCHNEIDER, etc., Appellant, v. DAVID MAY and Others, Defendants. JAMES BURKE, Respondent.— Motion to extend plaintiff's time to reply to counterclaim granted and time extended until ten days after entry of the order made upon the decision of the appeal upon condition that appellant perfect the appeal for Friday, November fourteenth (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MARY SCHWARTZ, Respondent, v. MOSES HILLMAN and LILLIAN HILLMAN, Appellants, and Others, Defendants.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

JAMES SHEAROD, Respondent, v. FORTY-FIRST AND PARK AVENUE CORPORATION, Appellant.— Motion to resettle order of November 14, 1929, granted, and order resettled by striking therefrom the words " and the facts." Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

JACOB STATTMAN, Respondent, v. FRIEDA COHEN and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

CLARENCE H. VENNER (Formerly DEININGER) and Others, Suing as a Stockholder of the GENERAL BAKING CORPORATION in Behalf of Himself and of All Other Stockholders of said Corporation, Appellant, v. ETHEL HANEY WARD and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

CLARENCE H. VENNER (Formerly WEBER) and Others, Suing as a Stockholder of the GENERAL BAKING CORPORATION in Behalf of Himself and of All Other Stockholders of Said Corporation, Appellant, v. ETHEL HANEY WARD and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

DAVID WEINRIB, Respondent, v. PEERLESS OPTICAL MANUFACTURING CO., INC., LOUIS CONNER and MAX SHIER, Appellants, and JACOB FRUMMER, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

YONKERS STAR STRUCTURAL STEEL WORKS, INC., etc., Respondent, v. MAURO PRIMAVERA and Others, Appellants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

JACOB ALTMARK, Respondent, v. MORRIS APFELBERG, Appellant.— Order as resettled, denying motion to settle issues for jury trial, affirmed, with ten dollars costs and disbursements. No opinion. Kapper and Scudder, JJ., concur; Lazansky, P. J., Young and Tompkins, JJ., concur upon the ground that the proposed issues are improper in form.

AIDA SLOAN ANTONOWSKY, Respondent, v. BENJAMIN S. ANTONOWSKY, Appellant.— Order directing defendant to pay alimony and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Tompkins, JJ., concur.